

FILED & JUDGMENT ENTERED
Steven T. Salata

November 14 2019

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
George R. Hodges
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

IN RE:

**DAVID C. O'CONNOR, Jr.,
CATHERINE NMI O'CONNOR**

Debtors

Bankruptcy No. 16-10297
(Chapter 7)

**ORDER APPROVING FINAL REPORT AND ACCOUNTING OF TRUSTEE, GRANTING REQUESTS AND APPLICATIONS OF TRUSTEE AND HIS PROFESSIONALS, AUTHORIZING DISBURSEMENT OF FUNDS OF THE ESTATE, GRANTING TRUSTEE'S MOTION FOR ALLOWANCE AND DISALLOWANCE OF CLAIMS, AND SUSTAINING TRUSTEE'S OBJECTIONS TO CLAIMS**

Langdon M. Cooper, the Trustee herein, having heretofore filed in this matter his Final Report and Accounting and his Application to Disburse Funds of the Estate, his Motion for Allowance and Disallowance of Claims, and his Objections to Claims and no objections thereto having been filed within thirty-three (33) days after due notice to creditors as required by law, and it appearing from examination of the Final Report and Accounting of the Trustee that the Final Report and Accounting is correct, and it further appearing therefrom that the same should be allowed, approved and confirmed, and all Applications and Motions should be granted and objections sustained; it is therefore,

**ORDERED** that all the Trustee's commissions and reimbursement of Trustee expenses in this case, and all applications therefor, including any prior interim applications and payments thereunder, are approved, ratified and confirmed, and payment is directed, in the aggregate amounts shown on the attached Distribution register; and it is

**FURTHER ORDERED** that all fees and expenses in this case, and all applications therefor, of Mullen Holland & Cooper P.A., attorneys for the Trustee, including any prior interim applications and payments thereunder, are approved, ratified and confirmed, and payment is directed, in the aggregate amounts shown on the attached Distribution register; and it is

**FURTHER ORDERED** that the Trustee is authorized to abandon or destroy any books and records of the debtor not claimed within thirty (30) days of the date of this Order, and is authorized to abandon or destroy any property of the debtor disclosed in the bankruptcy schedules or identified in this bankruptcy proceeding and not otherwise liquidated for the estate; and it is

**FURTHER ORDERED** that all claims are allowed and disallowed as shown on the attached Distribution register, and all claims filed after the filing of the Trustee's Final Report are deemed as untimely filed; and it is

**FURTHER ORDERED** that the Trustee's accounting shown on the attached Form 2 is approved as complete and correct; and it is

**FURTHER ORDERED** that the Trustee's Final Report and Accounting is in all respects allowed, approved and confirmed, the Trustee is discharged and released from any liability to any governmental or other entity for any claims, including any levies, taxes, penalties or interest; and it is

**FURTHER ORDERED** that the Trustee is authorized and directed to make all disbursements shown on the attached Distribution register; and it is

**FURTHER ORDERED** that upon distribution of the funds of the estate as herein provided and the expiration of that period as set forth in 11 U.S.C. Section 347, the Trustee shall promptly file his report pursuant to Bankruptcy Rule 3011 and proceed to close the administration of the estate.

This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order.

United States Bankruptcy Court

**TOTAL DISBURSEMENTS** (including any amounts previously disbursed)

| | | |
|---|---|---:|
| A. | Administrative Claims | $2,691.25 |
| B. | Bank Fees | $250.00 |
| C. | Priority Claims other than claims of Administration | $-0- |
| D. | Secured Claims | $-0- |
| E. | Unsecured Claims | $2,158.75 |
| F. | Dividend to Equity Security Holders | $-0- |

TOTAL DISBURSEMENTS                                                                $5,100.00

MISCELLANEOUS DISBURSEMENTS
  [including any disbursements that are not to be included in computing Trustee's commission per 11 U.S.C. Sec. 327(a)]

A.

TOTAL MISCELLANEOUS DISBURSEMENTS                                    $-0-

**GRAND TOTAL OF DISBURSEMENTS**                                         $5,100.00

**RECONCILIATION OF RECEIPTS AND DISBURSEMENTS**

| | |
|---|---:|
| Receipts shown on Final Report | $5,100.00 |
| Additional receipts since filing of Final Report | $-0- |

TOTAL RECEIPTS                                                                              $5,100.00

Total Receipts equal grand total of disbursements.

Page: 1

# Claims Distribution Register

**Case:** 16-10297 DAVID C. O'CONNOR, JR. AND CATHERINE NMI

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 07/31/19 | 200 | MULLEN HOLLAND & COOPER P. A.<br>P.O. Box 488<br>Gastonia, NC 28053<br><3110-00 Attorney for Trustee Fees (Trustee Firm)> | $ 1,367.50 | $ 1,367.50 | $ 0.00 | $ 1,367.50 | $ 1,367.50 |
| | 03/13/19 | 200 | INTERNATIONAL SURETIES<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139<br><2300-00 Bond Payments> | $ 0.00 | $ 2.80 | $ 2.80 | $ 0.00 | $ 0.00 |
| | 07/31/19 | 200 | MULLEN HOLLAND & COOPER P. A.<br>P.O. Box 488<br>Gastonia, NC 28053<br><2300-00 Bond Payments><br>Advanced bond payments, 2016-2018, by attorney for trustee firm. | $ 22.95 | $ 22.95 | $ 0.00 | $ 22.95 | $ 22.95 |
| | 07/02/19 | 200 | Langdon M. Cooper<br>301 S. York St.<br>Gastonia, NC 28053<br><2100-00 Trustee Compensation> | $ 1,260.00 | $ 1,260.00 | $ 0.00 | $ 1,260.00 | $ 1,260.00 |
| | 07/31/19 | 200 | Langdon M. Cooper<br>301 S. York St.<br>Gastonia, NC 28053<br><2200-00 Trustee Expenses> | $ 38.00 | $ 38.00 | $ 0.00 | $ 38.00 | $ 38.00 |
| | | | Total for Priority 200:   100% Paid | $ 2,688.45 | $ 2,691.25 | $ 2.80 | $ 2,688.45 | $ 2,688.45 |
| | | | Total for Admin Ch. 7 Claims: | $ 2,688.45 | $ 2,691.25 | $ 2.80 | $ 2,688.45 | $ 2,688.45 |
| **Secured Claims:** | | | | | | | | |
| 3S | 09/28/16 | 100 | Bank of the Ozarks<br>3705 53rd Ave E.<br>Bradenton, FL 34203<br><4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>Disallow, security interest in residence that was surrendered by debtor. | $ 259,900.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | Total for Priority 100:   0% Paid | $ 259,900.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | Total for Secured Claims: | $ 259,900.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 09/13/16 | 610 | Branch Banking & Trust Company<br>PO Box 1847<br>100-50-01-51<br>Wilson, NC 27894-1847<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 12,284.39 | $ 12,284.39 | $ 0.00 | $ 12,284.39 | $ 33.71 |

# Claims Distribution Register

**Case:    16-10297 DAVID C. O'CONNOR, JR. AND CATHERINE NMI**

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 2 | 09/16/16 | 610 | Branch Banking & Trust Company<br>PO Box 1847<br>100-50-01-51<br>Wilson, NC 27894-1847<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 502.55 | $ 502.55 | $ 0.00 | $ 502.55 | $ 1.38 |
| 3U | 09/28/16 | 610 | Bank of the Ozarks<br>3705 53rd Ave E.<br>Bradenton, FL 34203<br><7100-00 Section 726(a)(2) General Unsecured Claims><br>Disallow, estimated deficiency on secured collateral. | $ 97,801.99 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 4 | 11/15/16 | 610 | American Express Centurion Bankc/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 284.54 | $ 284.54 | $ 0.00 | $ 284.54 | $ 0.78 |
| 5 | 11/25/16 | 610 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 12,261.29 | $ 12,261.29 | $ 0.00 | $ 12,261.29 | $ 33.64 |
| 6 | 12/01/16 | 610 | Department Store National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 262.16 | $ 262.16 | $ 0.00 | $ 262.16 | $ 0.72 |
| 7 | 12/07/16 | 610 | IBERIABANKa Louisiana state bank<br><7100-00 Section 726(a)(2) General Unsecured Claims><br>allow, detailed claim requesting deficiency balance. | $ 751,035.00 | $ 751,035.00 | $ 0.00 | $ 751,035.00 | $ 2,060.79 |
| 8 | 12/08/16 | 610 | PYOD, LLC its successors and assigns<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br><7100-00 Section 726(a)(2) General Unsecured Claims><br>scheduled as Citicard. | $ 10,104.09 | $ 10,104.09 | $ 0.00 | $ 10,104.09 | $ 27.73 |
| | | | Total for Priority 610:   0.27439% Paid | $ 884,536.01 | $ 786,734.02 | $ 0.00 | $ 786,734.02 | $ 2,158.75 |
| | | | Total for Unsecured Claims: | $ 884,536.01 | $ 786,734.02 | $ 0.00 | $ 786,734.02 | $ 2,158.75 |
| | | | Total for Case: | $ 1,147,124.46 | $ 789,425.27 | $ 2.80 | $ 789,422.47 | $ 4,847.20 |